PAUL CURTIS LEGGETT AKA LEGETT            IN THE UNITED STATES DISTRICT COURT
VS.                                        NORTHERN DISTRICT COURT OF TEXAS
STATE OF TEXAS                             FORT WORTH DIVISION
CRIMINAL DISTRICT COURT TWO
TARRANT COUNTY TEXAS   4-23CV-1230-O   PAGE ONE (1) of 14

GREAT WRIT
COMMON-LAW HABEAS CORPUS
AD SUBJICIENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW PAUL CURTIS LEGGETT, CLAIMANT AT LAW, AND DOES CLAIM his RIGHTS UNDER TEXAS AND UNITED STATES CONSTITUTION "BILL OF RIGHTS" AND DOES:

1) RESCIND ALL SIGNATURES NUNC PRO TUNC.
2) REVOKE ALL HESIAN CONTRACTS NUNC PRO TUNC.
3) ORDER ALL JUDGEMENTS IN CAUSE NO.            VACATED AND RECORDS TO BE EXPUNGED.
4) YOUR GOVERNMENT POWERS ONLY EXIST IN MY JURISDICTION. SEE JULLIARD VS. GREENMAN, 110 U.S. 421 AND DOWN V. BIDWELL.
5) CRIMINAL DISTRICT COURT NUMBER TWO (2) HAS NO JURISDICTION.
6) THE DISTRICT CLERK WILL FILE AND RECORD ON PUBLIC RECORD OF THE AS A FOREIGN JUDGEMENT.
7) THE COURT CLERK WILL NOTIFY TARRANT COUNTY SHERIFF OR U.S. MARSHAL TO RETRIEVE PAUL CURTIS LEGGETT AKA LEGETT, CLAIMANT AT LAW, FROM HIS PLACE OF CONFINEMENT MARK STILES UNIT AND RESTORE HIS LIBERTY AND MOBILITY AND ALL CONSTITUTIONAL FREEDOMS
8) UPON WHICH THE CLAIMANT WILL SHOW ENTITLEMENT THAT IS DEEMED JUST IN THE INTEREST OF JUSTICE IN THE FOLLOWING:

RESPECTFULLY SUBMITTED IN PRAYER

ACCEPT THROUGH AUTHORIZATION OF:                   By: PAUL CURTIS LEGGETT AKA
Paul Curtis Leggett                                     LEGETT, AGENT
PAUL CURTIS LEGGETT                                      SUI-JURIS
SECURED PARTY, GRANTOR                                   WITH AUTOGRAPH
SIGNATURE UCC 9-102 (72)                                 UCC 9-102 (72), (73)(e);
WITH COPY CLAIM                                          UCC 3-402
ENCLOSURE                                                WITHOUT PREJUDICE
                                                         UCC 1-207 1-308
                                                         UNDER COMMON LAW UCC 1-103

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 12 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

PAUL CURTIS LEGGETT AKA LEGETT, | IN THE UNITED STATES DISTRICT COURT
PETITIONER, | FOR THE NORTHERN DISTRICT OF TEXAS
VS. | FORT WORTH DIVISION
STATE OF TEXAS,
(CRIMINAL DISTRICT COURT TWO (2)),
RESPONDENTS | PAGE TWO (2) OF 14

## GREAT WRIT
## COMMON-LAW HABEAS CORPUS
## AD SUBJUICIENDUM

To the Honorable Judge of Said Court:

COMES NOW, Paul Curtis Leggett aka Legett, Petitioner brings this Great Writ of Common-Law Habeas Corpus AD Subjuiciendum with good intentions to show that all District Courts failed to secure legal and proper juridiction over the petitioner and subject matter of the case in (Tarrant County) Texas and all attorneys failed to give due diligence to the cause.

### I

A contract can only be valid if it follows all the rules and processes of law that created it. One of the main elements or rules of contract law states that all parties understand the scope, nature, terms, and conditions to be entered into by mutual "good faith" with full disclosure of the terms and conditions of both parties and consent by all parties.

### II

A contract entered into absent full disclosure is void abinito (from the begining). Whenever the elements of "good faith" disclosure and/or consent are missing, any contract can automatically be ruled null and void if the decieved or defrauded party enforces the rule of law. Thus, misrepresentation of the petitioner by the attorney creates any contract null and void.

### III

The National Conference of Commissioners on Uniform State Laws together with the American Law Institute drafted nationwide uniform laws and each state has now adopted these laws. These laws govern commercial transactions including sale and leasing goods, transfer of funds, commercial paper, bank deposits and collections, letters of credit, bulk transfers, warehouse receipts, bills of laden, investment securities, and secure transactions.

The UCC has been adopted in whole or substantially by all states (Blacks 6th) the UCC is a code of law governing various commercial transactions sales and of goods, banking transactions, secured transactions in personal property, and other matters that was designed to bring uniformity in these areas to the laws of various states and has been adopted with some modifications in all states including the District of Columbia and the Virgin Islands (Barrons 3rd)

## V

Unless displaced by the particular provision of this code; the principles of law and equity including the law merchant and the law related to the capacity to the contract, principle, agent, estopple, fraud, misrepresentation, duress, coercion, mistake, bankruptcy, or other validating or invalidating cause shall supplement its provisions See: UCC 1-103.

## VI

To paraprase the third definition above, the UCC is the supreme law on this planet and all other forms of law are encompassed by it and included in it (except you as a sovereign). Every contract or duty within the UCC imposes an obligation of good faith in its performance and enforcement.

## VII

I, Paul Curtis Leggett aka Leget, was misrepresented by council and was mistaken in believing I was being tried in a court of "common law", when in fact I was being tried in a court of "Admiralty Maritime Law" (See 28 USC. 1333(1)) due to the flag being flown in the court at the time.

## VIII

The District Courts and all officers of those District courts has misled the petitioner of the jurisdiction of the flag and operation of the courts. Thus, all District courts of Tarrant County had no jurisdiction of the petitioner and subject matter jurisdiction as a natural man. That no grand jury was impanelled/convened due to no court record exists of a grand jury proceeding taking place along with no arrest warrant issued.

The Attorney General of Texas never had an indictment returned by a lawfully impanelled grand jury, of which explains why no entry into the petitioner's case summary shows any court reporter record of a Grand Jury proceeding. This is a fraudulent misrepresentation of material facts and/or conditions with knowledge that they are false and/or showing a reckless disregard for truth for state governmental personal gain.

## X

All District Courts of (Tarrant County) had the intent to and successfully induced the petitioner to rely on the misrepresentation. Due to the lack of any type of legal education and/or experience, the petitioner was forced to rely upon the "intentional deceitful misrepresentation." Thus, damages were and are currently suffered as a result of that reliance, there is an indisputable casual connection between the misrepresentation and the injury suffered.

## XI

The only way the District Courts could show that the District Courts indeed did in fact have a lawfully impaneled Grand Jury is to enter into the record the recording and/or transcripts of that Grand Jury hearing. Under Federal Rules of Criminal Procedure Title III Rule 6 (e), (1) states the following Recording the proceedings. Except while a Grand Jury is deliberating or voting ALL proceedings must be recorded by a court reporter or by a suitable recording device. But the validity of a prosecution is not affected by the unintentional failure to make a recording unless the court orders otherwise. An attorney for the government will retain control of the recording, the reporters notes, and any transcript prepared from these notes. Also see T.C.C.P. chapter 20 A Subchapter E-20A 201. The petitioner's attorney and the petitioner never attended a Grand Jury proceeding because no record exists of the attendance of the attorney and petitioner to be before a Grand Jury. Thus, the case summary of such cause would reflect such an entry of the record

## XII

If the officers of the court impaneled / or convened that Grand Jury in a courtroom with a flag that has or had a yellow fringe border on three (3) sides, that Grand Jury had no jurisdiction upon the natural flesh and blood man; because such a flag is a military flag that resembles the United States regular flag, except where such a flag is presented, military martial law is the only recognized law, "Not constitutional, civil, common law or statute".

## XIII

A Judge (Executive court administrator) who sits "under" such a flag (as the executive court administrator did in all the petitioner's court proceedings in Tarrant County's Criminal District Court number two (2) Fort Worth Texas, becomes the "Master" or "Captain" of that ship or "Enclave" or "courtroom". Thus placing the courtroom under martial law (not common law as the petitioner was led to believing) and the presiding judge (Honorable Phillip Vick substituting for Honorable Wayne Salvant on 04-13-2012) absolute power to make rules as (he/she) goes forcing the petitioner to leave his Constitutional rights outside the four (4) walls of the courtroom, as such a flag is four (4) cornered. Thus, proves this upon the fact during all court proceedings the presiding Judge of CDC II ignored the fact that no arrest warrant existed to legally arrest petitioner, no examining trial and no grand jury existed. Which clearly violated the fourth (4) and fourteenth Amendment of the United States Constitution.

## XIV

the fact is made abundantly clear by U.S. Army regulation "HAR 840-10" (October 1, 1997) which states: "The flag trimmed on three (3) sides with a fringe of gold 2 inches wide, such flags are flown indoors only in military courtrooms. The Criminal District Courts 1 and 2 in Tarrant County are in the possession of and fly this flag in these courts most likely to this present day.

## XV

Under martial law, the petitioner was guilty until proven innocent. According to Article IV Section 3 Clause 1 of the United States Constitution states: "No new state shall be formed or erected within the jurisdiction of any other state." The judges of the State of Texas and all District Courts of Tarrant County have irreputably violated Article IV Section 3 Clause 1 of the United States Constitution by erecting foreign "enclaves" within our Texas state public courtrooms under a foreign flag which enforces martial law. This only applies if Texas is a territory rather than a state of which Article VI Clause 2 of the United States Constitution has also violated by all Judges and District Courts of Tarrant County.

## XVI

Under maritime law, the legal system has the right to treat people (natural born flesh and blood man) as corporate assets which denies the defendant the right to reference the United States Constitution, common law, and the Uniform Commercial Code because it has no constitution, no rules of court, no laws, no procedure, and is foreign to the state and the United States of America.

## XVII

Every nation in the world accepts "Law of the Flag" which designates the rights under which a ship owner (Executive Court Administrator) who sends a vessel (convenes a court of law) into a foreign port (state) functions and provides notice to those who enter contracts with the shipmaster (Executive Court Administrator) that he will use "the Law of the Flag" he flies to regulate contract. (I, Paul Curtis Leggett aka Legett as the defendant and petitioner was falsely led to believe I was in a court of law) "The Law of the Flag" regulates the laws under which contracts entered into will be governed. See: Ruhstrat v. People, 57 N.E. 41

## XVIII

There are no judicial courts in the United States and there has not been since 1789. Judges do not enforce statutes and code. Executive Court Administrators enforce statutes and codes (See FRC v GE, 281 U.S. 464 and Keller v. PE 261 U.S. 428; 1 stat 138-178). The Uniform Commercial Code (UCC) creates the corporate state of the "United States" the federal corporation. Because the states have passed and adopted the Uniform Commercial Code in part or substantially, it converted citizens into "persons" which are considered to be legal fictions, corporations and states into vessels of the "United States" placing the states and state citizens subject to Maritime Law. See 28 USC §1333(1)

## XVIIII

According to title 18 USC part 1 chapter 1 §9 Vessel of the United States defined the term "Vessel of the United State" as used in this title means a vessel belonging in whole or in part to the United States, or any citizen thereof, or any corporation created by or under the Laws of the United States, or any state, territory, district, or possession thereof."

## XX

BECAUSE THE "ALL-CAPITAL-LETTER-NAME" AS PRINTED ON THE PRESENTMENT OF THE INDICTMENT, AND UNDER DEFINITION PROVIDED UNDER TEXAS PENAL CODE 1.07(38) MEANS AN INDIVIDUAL, CORPORATION, OR ASSOCIATION. FURTHERMORE, UNDER THE UNIFORM COMMERCIAL CODE (UCC) AT 1-207(27) DEFINES "PERSON" MEANS AN INDIVIDUAL, CORPORATION, BUSINESS TRUST, ESTATE TRUST, PARTNERSHIP, LIMITED LIABILITY COMPANY, AGENCY, OR INSTRUMENTALITY, PUBLIC CORPORATION, OR ANY OTHER LEGAL OR COMMERCIAL ENTITY.

## XXI

IN LEGAL TERMS, THE "ALL-CAPITAL-LETTER-NAME IS CONSIDERED TO BE A "PERSON". THIS IS DUE TO THE ABSOLUTE FACT THAT IT IS A STATE AND/OR A UNITED STATES CORPORATION. A CREATED CORPORATION USED AS A SURETY AGAINST PUBLIC DEBT AS CREATED BY THE UNITED STATES CORPORATION IN BORROWING MONEY (FEDERAL RESERVE NOTES) INTO CIRCULATION WHICH UNDER TITLE 18 PART 1 CHAPTER 15 9 WOULD MAKE THAT "PERSON" CONSIDERED TO BE A "VESSEL OF THE UNITED STATES". THEREFORE, SUBJECT TO THE CONTRACTS SIGNED UNDER MARITIME LAW AND THE YELLOW FRINGED FLAG OF ADMIRALTY LAW THAT IS BEING FLOWN IN ALL COURTROOMS (SEE 28 USCS§1333. THE FRINGED FLAG DOES NOT RECOGNIZE ANY RULES, PROCEDURES, CONSTITUTIONS, OR LAWS OTHER THAN WHAT IS MADE BY THE EXECUTIVE (COURT ADMINISTRATOR JUDGE/CAPTAIN).

## XXII

THE DISTRICT COURTS OF THE STATE OF TEXAS HAVE ATTEMPTED TO RULE THAT THE UNIFORM COMMERCIAL CODE DOES NOT APPLY TO THESE CASES AS LONG AS THE DISTRICT COURTS OF THE STATE OF TEXAS ARE PROSECUTING COMMERCIAL ENTITIES/LEGAL FICTIONS "JUDICIAL PERSONS" AND ATTEMPTING TO GET THEM TO CONTRACT WITH THE COURT AND STATE, THEN "THE OF CONTRACTS" APPLIES AS WELL AS THE UNIFORM COMMERCIAL CODE ALSO APPLIES.

A CONTRACT/AGREEMENT IS NOT ENTERED KNOWINGLY, VOLUNTARILY, AND INTENTIONALLY, AFTER A "MEETING OF THE MINDS", AND AFTER ALL MATERIAL FACTS THAT ARE BEING RELIED UPON IN MAKING THAT CONTRACT/AGREEMENT, AND "FULL" COMMERCIAL LIABILITY UNDER PENALTY OF PURJURY, THEN THERE IN NO WAY BE SAID THAT A LAWFUL CONTRICT AGREEMENT HAS BEEN ENTERED INTO. ACCORDINGLY, THIS WOULD MAKE ANY BOND CONDITIONS NULL AND VOID AND UNCONSTITUTIONAL THAT THE PETITIONER HAD SIGNED DURING ARRAIGNMENT OF THE FOREIGN COURT.

### XXIV

THE PETITIONER HAD A REASONABLE JUSTIFIABLE RELIANCE ON THE MISREPRESENTATION OF THE "FACT" (MATERIAL FACT) AND THE "MISREPRESENTATION BY CONDUCT". THIS MISREPRESENTATION BY CONDUCT OCCURED WHEN ATTORNEYS: ANDREW PLATT, KATHY LOWTHROP, AND HARVEY RAY HALL JR. AND THE EXECUTIVE COURT ADMINISTRATORS JUDGE WAGNE SALVANT, PHILLIP VICK ALONG WITH DISTRICT ATTORNEY JOE SHANNON CONSEALED THE FACT THAT I, PAUL CURTIS LEGGETT AKA LEGETT, WAS BEING TRIED IN A COURT OF MARITIME MARTIAL LAW INSTED OF COMMON LAW AS I WAS TO BELIEVE.

### XXV

THE ATTORNEYS THAT WERE COURT APPOINTED AND THE PETITIONER/DEFENDANT IN THE CAUSE WAS SUPPOSE TO BE IN A FIDUCIARY RELATIONSHIP (A RELATIONSHIP FOUNDED ON TRUST AND CONFIDENTIALITY). THE MISCONDUCT BY THESE ATTORNEYS HAS YIELDED A "MISREPRESENTATION OF LAW". ATTORNEYS ARE IN A PROFESSION THAT IS KNOW TO REQUIRE GREATER KNOWLEDGE OF THE LAW THAN THE AVERAGE CITIZEN POSSESSES. BY THESE ATTORNEYS CONSEALING THE TRUE NATURE OF THE COURT, THIS IS A "MISREPRESENTATION OF SILENCE". ALL THOSE LISTED IN XXIV HAD KNOWLEDGE THAT THE FACTS HAD BEEN FALSELY. THIS IS CALLED "SCIENTER" OR "GUILTY KNOWLEDGE" WHICH SIGNIFIES THAT THERE IS AND WAS AN INTENT TO DECIEVE

### XXVI

THE PRESUMPTION OF UNDUE INFLUENCE IS WHEN THE DOMINANT PARTY IN A FIDUCIARY RELATIONSHIP BENEFITS FROM THAT RELATIONSHIP. PRESUMPTION OF UNDUE INFLUENCE ARISES. I A RELATIONSHIP OF TRUST AND CONFIDENCE SUCH AS THAT BETWEEN AS ATTORNEY AND CLIENT, THE DOMINATE PARTY (THE ATTORNEY) MUST EXERCISE THE UTMOST GOOD FAITH IN DEALING WITH THE OTHER PARTY. UNDUE INFLUENCE ARISES FROM SPECIAL KINDS OF RELATIONSHIPS IN WHICH ONE PARTY CAN GREATLY INFLUENCE ANOTHER PARTY. THUS, OVERCOMING THAT PARTY'S FREE WILL. A CONTRACT ENTERED INTO UNDER EXCESSIVE OR UNDUE INFLUENCE LACKS VOLUNTARY CONSENT AND IS THEREFORE VOIDABLE. IN EXAMPLE, WHEN THE PETITIONER WAS COERCED AND FORCED TO SIGN BOND CONDITIONS BY DISTRICT ATTORNEY JOE SHANNON BY GIVING THREATS OF HARSH CONDITIONS WOULD RESULT IF NOT COMPLIED WITH.

### XXVII

"UNCONSCIONABILITY AND THE COURTS" TECHNICALLY, UNCONSCIONABILITY UNDER UCC 2-302 APPLIES ONLY TO CONTRACTS FOR THE SALE OF GOODS. MANY COURTS, HOWEVER, HAVE BROADENED THE CONCEPT AND APPLIED IT TO OTHER SITUATIONS. THE UCC GIVES THE COURTS A GREAT DEGREE OF DISCRETION TO "INVALIDATE" OR "STRIKE DOWN A CONTRACT" OF BEING UNCONSCIONABLE. AS A RESULT, THE STATE OF TEXAS HAS NOT ADOPTED SECTION 2-302 OF THE UCC. IN OTHER STATES, THE LEGISLATURE AND THE COURTS RELY ON TRADITIONAL NOTIONS OF "FRAUD, UNDUE INFLUENCE, AND DURESS. THE PETITIONER WAS SUBJECTED TO ALL THREE (3) LISTED ALONG WITH THE AMOUNT OF THE BOND LISTED IN THE CONTRACT, OF WHICH THE JUDGE SHOULD VE REJECTED FOR BEING EXCESSIVE.

### XXVIII

THE FIRST ELEMENT OF PROVING FRAUD IS TO SHOW THE MISREPRESENTATION OF A MATERIAL FACT HAS OCCURED. MATERIAL FACT IS THAT A REASONABLE PERSON WOULD ATTACH IMPORTANCE IN DETERMINING HIS OR HER COURSE OF ACTION. THE PETITIONER HAS PROVIDED EVIDENCE OF THE FIRST ELEMENT OF FRAUD LISTED IN THE PREVIOUS SECTIONS ABOVE.

next is undue influence such as the relationship of trust and confidence the petitioner had with the attorneys, of which no relationship or line of communication had been established.

## XXX

Finally "Duress" which is the use of threats to force a party to enter into a contract is referred to as duress (i.e. "take it or leave it - adhesion contracts" which the buyer has no choice but to agree to the seller's dictated terms if the buyer is to procure certain goods or services) this is in reference to my duress upon the forced signature of the bond.

## XXXI

Therefore, from the facts stated and the law listed below must be recognized that any contract/agreement (judgment) entered into without knowing all the facts is void. All laws (color of law) are in fact contractual commercial laws and the remedy is as follows:

1) UCC § 1-206 Presumptions: Whenever (UCC) creates a "presumption" with respect to a fact or provides that fact is "presumed", trier of fact must find existence of the fact unless and until evidence is introduced that supports a finding if its non-existence, no proof or evidence existed beyond a reasonable doubt in the petitioner's trial in the foreign court.

2) UCC § 1-306 Waiver or Renunciation of the claim after breach. A claim or right arising out of an alleged breach may be discharged in whole or in part without consideration by agreement of the aggrieved party in an authenticated record. This stipulates that since an examining trial or grand jury never occurred, said court never acquired jurisdiction of the petitioner or subject matter, of which the officers of the court is in breach of the contractual commercial laws. See Texas Code of Criminal Procedure chapter 16.01 and chapter 20A subchapter E 20A.201. This violation is a breach of contract.

UCC ... for ... third party ... is a document is due form purporting to be a bill of lading, policy, or certificate of insurance, official weighers, or inspectors certificate consular invoice, or any other document authorized or required by the contract to be issued by a third party is a prima facie evidence of its own authenticity and genuineness and of the facts stated in the document by a third party

4) UCC 2-721 Remedies for Fraud - Remedies for material misrepresentation or fraud include all remedies available under this Article for non fraudulent. Neither rescission or a claim for rescission of the contract for sale nor rejection or return of goods shall bar or be deemed inconsistant with claim for damages or other remedy

5) UCC 2-725 Statute of Limitations in Contracts for Sale (2) A cause of action accrues (increases) whether the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty explicity extends to the future performance of the goods and discovery of the breach must wait the time of such performance the cause of action accrues when the breach is or should have been discovered. (i.e. that no receipt of a grand jury existed.)

6) UCC 2A-521 Lessee's right to specific performance or REPLEVIN (3) A Lesser has a right to replevin, detinue, sequestration, claim and deliver, or the like for goods identified to the lease contract if after reasonable effort the lesser is unable to effect cover for these goods or circumstances reasonably indicate that the effort will be unavailable.

IN CONCLUSION TO ALL THAT HAS BEEN STATED IN THIS COMMON LAW HABEAS CORPUS, THE CRIMINAL DISTRICT COURT NUMBER TWO (2) OF TARRANT COUNTY, JUDICIAL DISTRICT COURT, EXECUTIVE COURT ADMINISTRATORS (JUDGES) AND ALL OFFICERS OF THE COURT NEVER ESTABLISHED JURISDICTION OF THE PETITIONER DUE TO NO ARREST WARRANT WAS LEGALLY ISSUED AND NO GRAND JURY WAS IMPANELED OR CONVENED BY THE FACT THAT THERE WAS IS NO RECORD OR RECORDING OF THE MINUTES OR ENTRY OF THE GRAND JURY EVER EXISTED TO BE IMPANELED/CONVENED IN TARRANT JUDICIAL DISTRICT. THE PETITIONER STATES, FOURTH AMENDMENT, ARTICLE IV SECTION 3 CLAUSE 1 OF THE UNITED STATES CONSTITUTION HAS BEEN VIOLATED ALONG WITH ARTICLE VI CLAUSE 2 HAS BEEN VIOLATED AS WELL.

ALL THESE JUDICIAL DISTRICT COURTS OF TARRANT COUNTY ARE TO BE CONSIDERED FOREIGN COURTS WHICH UNLAWFULLY AND WITH DISREGARD SUSPENDED THE PETITIONER'S U.S. CONSTITUTIONAL RIGHTS AND UCC RIGHTS WHEN THE PETITIONER CROSSED THE THRESHOLD TO ENTER THESE COURTS LISTED. THEREFORE, DUE TO LACKING JURISDICTION AND JURISDICTION OF THE SUBJECT MATTER, THE PETITIONER IS ENTITLED TO BE RELEASED FROM UNCONSTITUTIONAL CONFINEMENT AND BE AWARDED ALL REPLEVIN AND TO BE RESTORED ALL LIBERTIES AND FREEDOMS UNDER THE U.S. CONSTITUTION. THE PETITIONER IS TO BE RELEASED WITHIN 72 HOURS OR 30 DAYS OF RECEIPT OF THIS COMMON LAW HABEAS CORPUS. THE PETITIONER HAS SHOWED THAT THE MERIT, STANDING, AND PROOF AND EVIDENCE EXISTS TO THE FLAGRANT VIOLATIONS PERPETUATED UPON THE PETITIONER BY THE DISTRICT COURTS STATED.

THIS ORDER IS TO BE CONSIDERED AS A JUDGEMENT FOR FRAUD, MISREPRESENTATION OF THE FACT, MISCONDUCT, UNLAWFUL SUSPENSION OF THE PETITIONER'S U.S. CONSTITUTIONAL RIGHTS BY TARRANT COUNTY DISTRICT COURTS, JUDGES, AND ALL OFFICERS OF THE COURT INCLUDING DISTRICT ATTORNEY JOE SHANNON. THUS, BEING THE PETITIONER'S FOURTH, SIXTH, AND FOURTEENTH AMENDMENT RIGHTS HAS BEEN UNCONSTITUTIONALLY SUSPENDED BY BEING ARRESTED HAVING NO ARREST WARRANT, BEING DETAINED FOR 19 MONTHS IN TARRANT COUNTY JAIL AND FALSELY IMPRISONED FOR 13 YEARS IN T.D.C.J.

OF WHICH NO EXAMINING TRIAL, NO GRAND JURY WAS IMPANELED, HAVING BEEN DENIED PRIVILEGES AND IMMUNITIES, DEPRIVED OF LIFE, LIBERTY AND WITHOUT DUE PROCESS OF LAW, DENIED EQUAL PROTECTION OF LAW.

THESE VIOLATIONS, IN SHORT, PROVES THE COURTS LISTED ACTED IN WHAT IS CONSIDERED A MARTIAL LAW COURT WHICH IS UNCONSTITUTIONAL. THE PETITIONER IS ENTITLED TO ALL RELIEF AND ALL REPLEVIN AND TO BE RESTORED ALL LIBERTIES AND FREEDOMS WITHOUT ANY FURTHER DELAY.

EXECUTED ON: NOVEMBER 30, 2023

RESPECTFULLY SUBMITTED IN PRAYER

ACCEPTED THROUGH AUTHORIZATION OF:

Paul Curtis Leggett

PAUL CURTIS LEGGETT AKA LEGEH
SECURED PARTY, GRANTOR
SIGNATURE UCC-9-107(72)
WITH COPY CLAIM
WITH PREJUDICE UCC 1-207/1-308
UNDER COMMON LAW UCC 1-103

By: Paul Curtis Leggett AKA Leggett, AGENT
SUI JURIS, ATTORNEY IN FACT
WITH AUTOGRAPH
UCC 9-107(72)(E), 3-402

Paul Curtis Leggett AKA Leggett
FIRST AND LAST NAME
ONE TRUE COURT ON THE LAND

ENCLOSURE

NOVEMBER 30 2023

DATE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS          RE: GREAT WRIT COMMON LAW
501 WEST 10th STREET Room 310        HABEAS CORPUS Ad subjiciendum
FORT WORTH TEXAS 76102-3673

NOVEMBER 30, 2023

To the Honorable Judge and Clerk of this Honorable Court Enclosed is a Great Writ Common Law Habeas Corpus. I am requesting that this be filed as the mentioned above. Thank you for your time.

Respectfully,

Paul Curtis Leggett (AKA PAUL CURTIS LEGETT)
MARK STILES UNIT
3060 FM 3514
Beaumont, TX 77705

PAUL CURTIS LEGGETT 1780272
STILES Unit 3060 FM 3514
BEAUMONT, TX 77705

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
501 WEST 10th Street Room 310
FORT WORTH, TEXAS 76102-3673



DEC 1 2 2023

LEGAL MAIL

- MAILED ON 11-30-2023



LEGAL MAIL

Mailed on: 11/30/23